UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

        Plaintiff,

v.                                              Criminal No. 15-200 (JNE/TNL) (1)
                                                ORDER

Ryan William McMillan,

        Defendant.

This matter is before the Court on a Report and Recommendation issued by the Honorable Tony N. Leung, United States Magistrate Judge, on October 21, 2015. No objection to the Report and Recommendation has been filed. The Court has conducted a de novo review of the record. *See* D. Minn. LR 72.2(b). Based on that review, the Court adopts the Report and Recommendation.

        Therefore, IT IS ORDERED THAT:

1.     Defendant's motion to suppress evidence obtained through illegal search and seizure [Docket No. 19] is DENIED.

2.     The Report and Recommendation [Docket No. 26] is ADOPTED.

Dated: November 13, 2015

                                                                       s/Joan N. Ericksen
                                                                       JOAN N. ERICKSEN
                                                                       United States District Judge